# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| KHOA DANG NGUYEN, | Case No. 5:16-cv-03043 NC |
|---|---|
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| WELLS FARGO BANK, N.A., et al | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 13-cv-02986 LHK, Nguyen v Wells Fargo Bank.

IT IS SO ORDERED.

Date: September 1, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHOA DANG NGUYEN,

    Plaintiff,

v.

WELLS FARGO BANK, NA, et al.,

    Defendants.

Case No. 16-cv-03043-NC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Khoa Dang Nguyen
471 E. Julian Street
San Jose, CA 95112

Dated: September 1, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lili Harrell
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

2